**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:16 am, Apr 08, 2024*
**JEFFREY P. COLWELL, CLERK**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Maverick A. Young,
Plaintiff,
v.
The Church of Jesus Christ of Latter-Day Saints,
Defendant.

CIVIL COMPLAINT

Introduction
Plaintiff, Maverick A. Young, brings this Complaint against Defendant, The Church of Jesus Christ of Latter-Day Saints, alleging a pattern of discrimination based on sexual orientation and gender identity. This discrimination has manifested in the denial of essential medical and food assistance for a staggering four (4) years.

This blatant neglect has caused severe harm and constitutes a fundamental breach of the Church's duty to care for its members in need.

Statement of Facts

Plaintiff's Background and Medical Condition
 * Plaintiff is a longtime and dedicated member of The Church of Jesus Christ of Latter-Day Saints with a membership history of seven years.
 * Plaintiff identifies as asexual and does not associate with the male gender. This information has been openly shared with Church leadership.
 * Plaintiff suffers from a traumatic brain injury and has had four strokes over the last year requiring ongoing medical support, including specific injections that are not covered by my medical insurance and leaves me completely debilitating further and further over the last year I have a loan lost over 100 lb. I'm down to the lowest weight I have ever been in my natural life and I'm asking for relief from United States District Court to please help me so that the church is forced to help me and stop denying me equal access to church help. They have over 38 billion in assets. There is no reason why they're denying me any help right now and to allow a member to now be without any food. For now, 7 days that cannot care or take care of himself is complete discrimination and cruel and unusual punishment.

Church's Established Support Programs
 * The Church of Jesus Christ of Latter-Day Saints has a well-documented history of providing financial and logistical support to members facing medical and food insecurity.
 * Plaintiff reasonably expected this established practice of assistance to extend to their situation.
Four Years of Denial and Repeated Pleas for Help Across Multiple Locations

 * For the past four (4) years, Plaintiff has been subjected to a continuous pattern of neglect. Despite repeated requests, Defendant denied Plaintiff the necessary medical assistance routinely provided to similarly situated members.
 * In an act of extreme neglect, Defendant has withheld any form of food assistance for this entire period.
 * Plaintiff's desperate pleas for help have fallen on deaf ears across multiple locations. Numerous attempts to secure assistance from local Church leadership in Perry Park Ward, Castle Rock Ward, Meadows Ward, Firestone Ward, and Brighton Ward have been met with silence and inaction.  Instead of receiving essential support, Plaintiff was relegated to interactions only with missionaries, who lack the authority to address their critical needs. This geographic scope of neglect further underscores the systemic nature of the discrimination.

Impact on Health and Exacerbation of Conditions
 * The denial of essential medical and food assistance has had a devastating impact on Plaintiff's health. The lack of proper care has not only exacerbated existing medical conditions but has also directly contributed to a traumatic brain injury.

Motivation for Discrimination

 * Plaintiff believes Defendant's actions stem from discriminatory animus towards their sexual orientation and gender identity.

Causes of Action

 * Discrimination (Violation of Federal Law): Defendant's discriminatory denial of medical and food assistance violates Title VII of the Civil Rights Act of 1964 (and/or other relevant federal statutes prohibiting discrimination based on sexual orientation and gender identity).

 * Discrimination (Violation of State Law):  Defendant's actions also violate [cite relevant state anti-discrimination statutes]which prohibit discrimination on the basis of sexual orientation and gender identity.

 * Breach of Duty: The Church of Jesus Christ of Latter-Day Saints has a moral and religious obligation to care for its members in need.

   * By denying essential medical and food assistance for a bedridden and disabled member for four years, Defendant has committed a blatant and harmful breach of this duty. This neglect has directly contributed to Plaintiff's traumatic brain injury.

Damages

As a direct result of Defendant's discriminatory conduct and breach of duty, Plaintiff has suffered:
 * Severe emotional distress and mental anguish.

 * Exacerbation of existing medical conditions due to lack of food and proper medical care. This lack of sustenance further weakened Plaintiff and resulted in a traumatic brain injury.
 * Physical harm due to starvation.
 * Financial hardship due to the inability to afford necessary medical care.

Prayer for Relief

Given the ongoing nature of Plaintiff's suffering, the following relief is essential:
 * Immediate and Ongoing Medical and Food Assistance:  An order requiring Defendant to immediately provide Plaintiff with the necessary medical assistance and a consistent supply of nutritional support.

This includes addressing the consequences of the traumatic brain injury caused by the lack of care.

Additionally, Plaintiff seeks:
 * Declaratory Judgment:  A declaratory judgment that Defendant's actions were discriminatory and unlawful.

 * Compensatory Damages:  Compensatory damages for emotional distress, physical harm, financial losses, and medical expenses incurred due to the Absolutely! Here's the continuation of the revised complaint based on the information you've provided:

Prayer for Relief (continued):

My severe traumatic brain injury and cognitive decline is a direct result of my lack of care.
 * Punitive Damages:  Punitive damages (if applicable under relevant law) to deter similar discriminatory conduct and neglect of vulnerable members in the future.
 * Injunctive Relief:  Injunctive relief ordering Defendant to:
   * Cease discriminatory practices against Plaintiff and other LGBTQ+ members.
   * Implement clear and accessible support mechanisms and protocols for vulnerable members facing medical and food insecurity.
   * Further Relief:  Any further relief the Court deems just and equitable.

Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

Conclusion

The denial of essential medical and food assistance by The Church of Jesus Christ of Latter-Day Saints is a stark illustration of institutionalized discrimination and a callous disregard for the well-being of its members. This case underscores the urgent need for the Court to

provide immediate intervention, to redress the ongoing harm, and to ensure that justice is served.

Sincerely,

M.A.Y.

Certificate of Service

The Church of Jesus Christ of latter-day Saints and the bishops and stake presidents named in this complaint were all served via email.

I unfortunately have no other way to give service and I pray that the court will take into account the things that I've stated in this complaint and please come to my aid.